

# Fourth Court of Appeals
## San Antonio, Texas

June 05, 2013

No. 04-12-00531-CR

Matthew Scott **GRAVLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR8485A
Honorable Ron Rangel, Judge Presiding

## O R D E R

The State's second motion for extension of time to file its brief is GRANTED. The State's brief was filed on June 5, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2013.

_____
Keith E. Hottle
Clerk of Court